# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOEL SOTO-RODRIGUEZ, <br><br> Petitioner, <br><br> v. <br><br> ICE FIELD OFFICE DIRECTOR, <br><br> Respondent. | Case No. C15-123-JLR <br><br> **ORDER OF DISMISSAL** |

The Court, after careful consideration of the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and Order:

1. The Court adopts the Report and Recommendation.
2. Respondent's motion to dismiss, Dkt. 10, is GRANTED.
3. Petitioner's habeas petition, Dkt. 8, is DENIED, and this action is DISMISSED.
4. The Clerk shall send a copy of this Order to petitioner and to Judge Tsuchida.

DATED this 22 day of May, 2015.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL- 1